Certificate Number: 06531-VAE-DE-039263685

Bankruptcy Case Number: 24-12343



06531-VAE-DE-039263685

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 21, 2025, at 8:50 o'clock PM CST, Brian S Hogan completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Virginia.

Date: January 21, 2025

By: /s/Melissa Zahradnicek

Name: Melissa Zahradnicek

Title: Certified Credit Counselor