# United States Bankruptcy Court
### Eastern District of Virginia
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**Case Number** 24−12343−BFK
**Chapter** 7

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Brian Scott Hogan
14105 Snickersville Dr
Gainesville, VA 20155

Last four digits of Social−Security or Individual Taxpayer−Identification (ITIN) No(s).,(if any):
  Debtor: xxx−xx−5011

Employer Tax−Identification (EIN) No(s).(if any):
  Debtor: NA

## NOTICE OF NEED TO FILE PROOF OF CLAIM
## DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before:

Date: **July 2, 2025**

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (www.pacer.uscourts.gov) to view your filed proof of claim.

Effective November 1, 2022, the Court's Electronic Proof of Claim (ePOC) application may be used by a claimant or claimant's agent to file a Proof of Claim electronically via the Court's internet web home page, www.vaeb.uscourts.gov. No ECF registrant login or password is required to file a proof of claim in this manner.

There is no fee for filing the proof of claim

**Any creditor who already has filed a proof of claim need not file another proof of claim.**

DATED: April 1, 2025                          For the Court,

Address of the Bankruptcy Court               Charri S Stewart, Clerk
200 South Washington Street                   United States Bankruptcy Court
Alexandria, VA 22314

[B2040vaebOct2022.jsp]

United States Bankruptcy Court

Eastern District of Virginia

In re:  Case No. 24-12343-BFK

Brian Scott Hogan  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9     User: SuzanRami     Page 1 of 2

Date Rcvd: Apr 01, 2025     Form ID: 2040     Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol  Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian Scott Hogan, 14105 Snickersville Dr, Gainesville, VA 20155-4462 |
| 16596836 | + | Christina Hogan, 208 Craddock Ln, Huddleston, VA 24104-2816 |
| 16596839 | + | Jessica Harlow Esq, Sands Anderson, PO Box 1998, Richmond, VA 23218-1998 |
| 16596841 | + | Sandground, West, Silek & Raminpour, PLC, Attn David Silek, 8229 Boone Blvd Ste 610, Vienna, VA 22182-2635 |
| 16596844 | + | Walter Hogan, 14105 Snickersville Dr, Gainesville, VA 20155-4462 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BDFKING | Apr 02 2025 06:28:00 | Donald F. King, 1775 Wiehle Avenue, Suite 400, Reston, VA 20190-5159 |
| 16596835 | + | EDI: JPMORGANCHASE | Apr 02 2025 06:27:00 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 16596837 | + | Email/Text: BankruptcyNotices@firsttechfed.com | Apr 02 2025 02:46:00 | First Technology FCU, PO Box 2100, Beaverton, OR 97076-2100 |
| 16596838 | + | EDI: IRS.COM | Apr 02 2025 06:27:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16596840 | + | Email/PDF: lossmitigation@nwfcu.org | Apr 02 2025 02:50:27 | Northwest FCU, PO Box 1229, Herndon, VA 20172-1229 |
| 16596842 | + | Email/Text: ClericalSupport@tenagliahunt.com | Apr 02 2025 02:46:00 | Tenaglia & Hunt, 9211 Corporate Blvd., Suite 130, Rockville, MD 20850-3873 |
| 16596843 | + | Email/Text: va_tax_bk@harriscollect.com | Apr 02 2025 02:48:00 | Va Dept of Taxation, PO Box 1115, Richmond, VA 23218-1115 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Donald F. King, 1775 Wiehle Avenue, Suite 400, Reston, VA 20190-5159 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0422-9 | User: SuzanRami | Page 2 of 2 |
| Date Rcvd: Apr 01, 2025 | Form ID: 2040 | Total Noticed: 12 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Brian Scott Hogan dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Donald F. King | Kingtrustee@ofplaw.com va50@ecfcbis.com;tiarra.long@ofplaw.com |
| Donald F. King | on behalf of Trustee Donald F. King Kingtrustee@ofplaw.com  va50@ecfcbis.com;tiarra.long@ofplaw.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |

TOTAL: 4