**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Brian Scott Hogan<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–5011<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Eastern District of Virginia | |
| Case number: | 24–12343–BFK | |

## Discharge of Debtor 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brian Scott Hogan

March 31, 2025          **For the court:**     Charri S Stewart
                                                Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Eastern District of Virginia

In re: | Case No. 24-12343-BFK
Brian Scott Hogan | Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0422-9     User: admin     Page 1 of 2
Date Rcvd: Apr 01, 2025     Form ID: 318     Total Noticed: 12

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian Scott Hogan, 14105 Snickersville Dr, Gainesville, VA 20155-4462 |
| 16596836 | + | Christina Hogan, 208 Craddock Ln, Huddleston, VA 24104-2816 |
| 16596839 | + | Jessica Harlow Esq, Sands Anderson, PO Box 1998, Richmond, VA 23218-1998 |
| 16596841 | + | Sandground, West, Silek & Raminpour, PLC, Attn David Silek, 8229 Boone Blvd Ste 610, Vienna, VA 22182-2635 |
| 16596844 | + | Walter Hogan, 14105 Snickersville Dr, Gainesville, VA 20155-4462 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: BDFKING | Apr 02 2025 06:28:00 | Donald F. King, 1775 Wiehle Avenue, Suite 400, Reston, VA 20190-5159 |
| 16596835 | + | EDI: JPMORGANCHASE | Apr 02 2025 06:27:00 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 16596837 | + | Email/Text: BankruptcyNotices@firsttechfed.com | Apr 02 2025 02:46:00 | First Technology FCU, PO Box 2100, Beaverton, OR 97076-2100 |
| 16596838 | + | EDI: IRS.COM | Apr 02 2025 06:27:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16596840 | + | Email/PDF: lossmitigation@nwfcu.org | Apr 02 2025 02:50:24 | Northwest FCU, PO Box 1229, Herndon, VA 20172-1229 |
| 16596842 | + | Email/Text: ClericalSupport@tenagliahunt.com | Apr 02 2025 02:46:00 | Tenaglia & Hunt, 9211 Corporate Blvd., Suite 130, Rockville, MD 20850-3873 |
| 16596843 | + | Email/Text: va_tax_bk@harriscollect.com | Apr 02 2025 02:48:00 | Va Dept of Taxation, PO Box 1115, Richmond, VA 23218-1115 |

TOTAL: 7

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | *+ | Donald F. King, 1775 Wiehle Avenue, Suite 400, Reston, VA 20190-5159 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0422-9 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 01, 2025 | Form ID: 318 | Total Noticed: 12 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2025        Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Brian Scott Hogan dpress@chung-press.com  pressdm@gmail.com;danpress@recap.email |
| Donald F. King | Kingtrustee@ofplaw.com  va50@ecfcbis.com;tiarra.long@ofplaw.com |
| Donald F. King | on behalf of Trustee Donald F. King Kingtrustee@ofplaw.com  va50@ecfcbis.com;tiarra.long@ofplaw.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |

TOTAL: 4