# United States Bankruptcy Court
**Eastern District of Virginia**
Alexandria Division
200 South Washington Street
Alexandria, VA 22314

**In re:**

Brian Scott Hogan
 14105 Snickersville Dr
Gainesville, VA 20155

**Case Number**   24−12343−BFK
**Chapter**   7

**SSN:**  xxx−xx−5011    **EIN:**  NA

### NOTICE OF TRUSTEE'S REPORT OF NO DISTRIBUTION

Notice is hereby given that on 4/24/2025 , the trustee in the above−referenced case filed a report with this court stating there are no assets from which a dividend can be paid to creditors.

Do not file a proof of claim unless you receive further court notice.

Dated:  April 24, 2025

For the Court,

Charri S Stewart, Clerk
United States Bankruptcy Court

(VAN−031)

United States Bankruptcy Court

Eastern District of Virginia

In re:                                                                                                          Case No. 24-12343-BFK

Brian Scott Hogan                                                                                 Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0422-9 | User: SuzanRami | Page 1 of 2 |
| Date Rcvd: Apr 24, 2025 | Form ID: VAN031 | Total Noticed: 12 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brian Scott Hogan, 14105 Snickersville Dr, Gainesville, VA 20155-4462 |
| 16596836 | + | Christina Hogan, 208 Craddock Ln, Huddleston, VA 24104-2816 |
| 16596839 | + | Jessica Harlow Esq, Sands Anderson, PO Box 1998, Richmond, VA 23218-1998 |
| 16596841 | + | Sandground, West, Silek & Raminpour, PLC, Attn David Silek, 8229 Boone Blvd Ste 610, Vienna, VA 22182-2635 |
| 16596844 | + | Walter Hogan, 14105 Snickersville Dr, Gainesville, VA 20155-4462 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 16596835 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 25 2025 00:28:23 | Chase, PO Box 15298, Wilmington, DE 19850-5298 |
| 16683067 | | Email/Text: BankruptcyNotices@firsttechfed.com | Apr 25 2025 00:26:00 | First Tech Federal Credit Union, Attn: SAM Bankruptcy, PO Box 2100, Beaverton, OR 97075-2100 |
| 16596837 | + | Email/Text: BankruptcyNotices@firsttechfed.com | Apr 25 2025 00:26:00 | First Technology FCU, PO Box 2100, Beaverton, OR 97076-2100 |
| 16596838 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 25 2025 00:26:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 16596840 | + | Email/PDF: lossmitigation@nwfcu.org | Apr 25 2025 00:40:06 | Northwest FCU, PO Box 1229, Herndon, VA 20172-1229 |
| 16596842 | + | Email/Text: ClericalSupport@tenagliahunt.com | Apr 25 2025 00:26:00 | Tenaglia & Hunt, 9211 Corporate Blvd., Suite 130, Rockville, MD 20850-3873 |
| 16596843 | + | Email/Text: va_tax_bk@harriscollect.com | Apr 25 2025 00:27:00 | Va Dept of Taxation, PO Box 1115, Richmond, VA 23218-1115 |

TOTAL: 7

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

| | | |
|---|---|---|
| District/off: 0422-9 | User: SuzanRami | Page 2 of 2 |
| Date Rcvd: Apr 24, 2025 | Form ID: VAN031 | Total Noticed: 12 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2025　　　　　　　　　　Signature:　　　/s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Daniel M. Press | on behalf of Debtor Brian Scott Hogan dpress@chung-press.com pressdm@gmail.com;danpress@recap.email |
| Donald F. King | Kingtrustee@ofplaw.com va50@ecfcbis.com;tiarra.long@ofplaw.com |
| Donald F. King | on behalf of Trustee Donald F. King Kingtrustee@ofplaw.com va50@ecfcbis.com;tiarra.long@ofplaw.com |
| Matthew W. Cheney | ustpregion04.ax.ecf@usdoj.gov |

TOTAL: 4